# Exhibit 4

00124632.WPD



**F&W**
SINCE 1962

1310 West Oakridge Drive
Albany, Georgia 31707-5305

PO Box 3610
Albany, Georgia 31706-3610

tel  229 883 0505
    229 883 0506 Direct w/Ext.
fax 229 883 0515

www.fwforestry.com

December 16, 2011

Mark & Tommy Hunt Club
Mark Thompson
27684 St. Rt. 328
New Plymouth, OH 45654

**RE: 2011-2012 Executed Hunting License - MIDC - Tract # 10890**

Mr. Thompson:

Please accept this letter as receipt for your 2011 hunting license payment. Enclosed you will find your 2011-2012 Executed Hunting License for Scioto Land Company, LLC Tract # 10890, along with your insurance card with policy number and contact information.

Please take time to look over the enclosed items and, should you have any questions regarding the license terms or other administrative issues, please do not hesitate to contact me. You can reach me by phone at (229) 883-0506 ext. 146, or by email at jbryant@fwforestry.com.

If you have questions regarding camping, food plots, trespassing, or other property-related issues, please contact Peter Gayer, the F&W Manager in your area, at (740)779-3917.

Sincerely,

*Jami M. Bryant*

Jami M. Bryant
Hunting License Administrator
Financial Reporting Group

Enclosures