# Exhibit 8

00124632.WPD

**From:** Barbara Barrett <bbarrett@cjw-assoc.com>
**Sent:** Friday, March 14, 2014 9:09 AM
**To:** Carole Bos; bbarrett@cjw-assoc.com
**Subject:** RE: Your client: Brent Russcher our file: 4116585

Hi Carole,

I called and left you a message to call on March 7 but have not heard from you.

The Underwriters have reviewed the lawsuit and coverage.

There is no coverage for Mark Thompson/Ohio Whitetail.

In regards to RMK, we see no liability on behalf of the landowner.

Redacted

We look forward to hearing from you after you have spoken with your client.

Very truly yours,

Bobbi Barrett

Account Manager

From: Carole Bos [mailto:cbos@bosglazier.com]
Sent: Monday, February 24, 2014 10:32 AM

1

To: bbarrett@cjw-assoc.com
Subject: Re: Your client: Brent Russcher our file: 4116585

Hi Bobbi:

Thanks for your acknowledgment that you've now received the filed complaint. Sometimes things get lost (or are undelivered) in cyberspace.

We look forward to hearing from you after you've conferred with your clients.

Best,

Carole

Sent from my iPad

On Feb 24, 2014, at 9:21 AM, "Barbara Barrett" <"bbarrett@cjw-assoc.com".GWIA.Grpwise> wrote:

Dear Carole,

I had not previously received a copy of the complaint.

We will forward to the Underwriters for their review and will get back to you.

Thank you for your courtesy of the March 15 target date.

Very truly yours,

Bobbi Barrett

Account Manager

2

From: Carole Bos [mailto:cbos@bosglazier.com]
Sent: Monday, February 24, 2014 7:49 AM
To: bbarrett@cjw-assoc.com
Subject: RE: Your client: Brent Russcher our file: 4116585

Hi Bobbi:

Since I haven't heard from you in several weeks, I'm wondering whether you received a copy of the filed complaint? If not, it's attached.

Let's set a target date of March 15th by which we will either be negotiating or we will serve the complaint. Please let me have you client's decision before that time.

Thanks,
Carole

>>> "Barbara Barrett" 01/08/14 3:27 PM >>>

Happy New Year Carole,

Please forward me a copy of the complaint so the Underwriters can review same.

Thanks.

Bobbi Barrett

From: Carole Bos [mailto:cbos@bosglazier.com]
Sent: Wednesday, January 08, 2014 2:26 PM
To: bbarrett@cjw-assoc.com
Subject: RE: Your client: Brent Russcher our file: 4116585

Hi Bobbi:

As an FYI ... we have filed the complaint but would agree to withhold service of process so you and your colleagues have time to finish your review.

3

Do you have a sense of how much longer that will take?

Best,
Carole

>>> "Barbara Barrett" 12/19/13 3:00 PM >>>

I do not know anything about BTG Pactual.

The matter is still under review.

Bobbi

From: Carole Bos [mailto:cbos@bosglazier.com]
Sent: Wednesday, December 18, 2013 9:54 AM
To: bbarrett@cjw-assoc.com
Subject: Re: Your client: Brent Russcher our file: 4116585

Hi Bobbi:

We're getting closer to those deadlines. Any further word from the Underwriters?

If we are forced to file the Complaint, we want to be sure we name the correct Defendant(s). It's not our practice to scatter-shoot, then clean things up later, so it would be helpful if you could answer a question along those lines.

For example, it appears that BTG Pactual acquired RMK Timberland Group in September of this year. Do you know anything about that?

Thanks for your anticipated reply, Bobbi.

Best,
Carole

>>> "Barbara Barrett" <bbarrett@cjw-assoc.com> 12/05/13 2:07 PM >>>

Dear Carole,

4

Attached is a copy of the policy.

We still have some outstanding investigation to be completed.

I appreciate your assistance on the above, but understand that you have deadlines as well.

I will get back to you once the Underwriters have had an opportunity to review.

Very truly yours,

Bobbi Barrett

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

This message may be confidential and/or privileged. If you are not the intended recipient, please notify the sender immediately then delete it - you should not copy or use it for any purpose or disclose its content to any other person. Internet communications are not secure. You should scan this message and any attachments for viruses. Under no circumstances do we accept liability for any loss or damage that may result from your receipt of this message or any attachments.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

This message may be confidential and/or privileged. If you are not the intended recipient, please notify the sender immediately then delete it - you should not copy or use it for any purpose or disclose its content to any other person. Internet communications are not secure. You should scan this message and any attachments for viruses. Under no circumstances do we accept liability for any loss or damage that may result from your receipt of this message or any attachments.