AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| Brent Russscher, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No. 2:17-cv-1085 |
| Outdoor Underwriters, Inc., et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Pursuant to the Order and Opinion signed by Judge George C. Smith on 09/30/19, Judgment is entered in favor of Defendants and this case is Dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:  09/30/2019

CLERK OF COURT

/s/ Michelle D. Rahwan, Deputy Clerk

*Signature of Clerk or Deputy Clerk*