# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

_____

BRENT RUSSCHER,
JAMIE RUSSCHER, and
HOLLAND COMMUNITY
HOSPITAL, a non-profit
organization,

Civil Action No.: 2:17-cv-1085

                Plaintiffs,

HON. GEORGE C. SMITH

v.

MAGISTRATE JUDGE:
ELIZABETH P. DEAVERS

OUTDOOR UNDERWRITERS, INC, a
foreign corporation,

CERTAIN UNDERWRITERS AT
LLOYD'S, OF LONDON subscribing to
policy 02HU11B0050, and

CERTAIN UNDERWRITERS AT
LLOYD'S, OF LONDON subscribing to
policy 02HU11B0068

                Defendants.

_____

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs, Brent Russcher and Jamie Russcher, in the above-named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order (#59) issued by the Honorable George C. Smith, granting the defendants' motion for summary judgment and entered in this action on September 30, 2019.

                BOS & GLAZIER, P.L.C.
                Attorneys for Plaintiffs/Appellants-Russcher

Date: October 14, 2010      By:    /s/ Bradley K. Glazier_____
                           Bradley K. Glazier (P33523)
                           Carole D.  Bos (P33638)

BUSINESS ADDRESS:
    990 Monroe Avenue, N.W.
    Grand Rapids, MI 49503
    (616) 458-6814

    -and-

    Drew R. Massé (#0006665)
    GALLON, TAKACS, BOISSONEAULT
    & SCHAFFER CO., L.P.A.
    Attorneys for Plaintiffs
    3516 Granite Circle
    Toledo, OH 43617
    (419) 843-2001

cc:    6th Circuit Court of Appeals

---

**PROOF OF SERVICE**

Sophie W. Rice, states that she is a legal assistant at Bos & Glazier, P.L.C., the attorneys for plaintiffs in the above-captioned matter, and that on the 14th day of October, 2019, she served copies of: **Plaintiffs Russchers' Notice of Appeal** on the following person(s):

David J. Fagnilli
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
Attorneys for Defendant
127 Public Square, Ste. 3510
Cleveland, OH 44114
(216) 348-1700
djfagnilli@mdwcg.com

Jonathon L. Beck
Christine N. Farmer
YOUNG & ALEXANDER CO., L.P.A.
Attorneys for Plaintiff-Holland Community Hospital
130 W. Second Street, Ste. 1500
Dayton, OH 45402
(937) 224-9291
jbeck@yandalaw.com

Service was made by placing said document into a sealed envelope addressed to the above, and depositing same in a U.S. Post Office receptacle by first class-mail, postage prepaid and affixed thereon and via electronic mail on this date.

*/s/  Sophie W. Rice*

---